1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9    Keith Everett Jones,                    )    No. CV 05-4124-PHX-EHC (GEE)
                                             )
10                  Plaintiff,               )    **ORDER**
                                             )
11   vs.                                     )
                                             )
12   Joseph M. Arpaio,                       )
                                             )
13                  Defendant.               )
     ────────────────────────────────────────)

14

15         On May 12, 2006, Magistrate Judge Glenda E. Edmonds issued a Report and

16   Recommendation [dkt. 9], recommending the dismissal of this case. Plaintiff has not filed

17   a Response or an Objection.

18         Plaintiff filed a complaint alleging his civil rights were violated by improper food,

19   overcrowding, and unsanitary conditions in the Durango Jail. [Dkt. 1]. Plaintiff has not

20   returned the service packets sent to him on March 8, 2006. Mail sent by the Clerk to

21   Plaintiff has been returned marked "release." [Dkt. 8, p. 2]. Having reviewed the matter,

22         **IT IS ORDERED** that the Report and Recommendation [dkt. 9] is **ADOPTED**;

23   Plaintiff's Complaint is **DISMISSED** without prejudice.

24         DATED this 12th day of June, 2006.

25

26                                    _Earl H Carroll_

27                                    ────────────────────────────
                                      Earl H. Carroll
                                      United States District Judge

28